CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee of a Trust Agreement made by SIMON ASCHER, Deceased, to CENTRAL UNION TRUST COMPANY OF NEW YORK, Respondent, *v.* RUTH A. CARO et al., Appellants, et al., Defendants.

Submitted May 20, 1946; decided May 29, 1946.

*David J. Brown* for motion.
*Albert Stickney* and *George M. Duff, Jr.,* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.